UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-pt-37 |
| Plaintiff, | Hon. Robert J. Jonker<br>U.S. District Judge |
| v. | |
| MICHAEL TRAVIS JOHNSON, | |
| Defendant._____/ | |

## ORDER FOR DETENTION

Defendant Johnson appeared before the undersigned for detention hearing on June 6, 2025.  Defense counsel reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  June 6, 2025               /s/ *Maarten Vermaat*
                                             MAARTEN VERMAAT
                                             U.S. MAGISTRATE JUDGE