UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,        Case No. 1:22-pt-00037-RJJ-MV

v.            Hon. Robert J. Jonker

MICHAEL TRAVIS JOHNSON,

   Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s): Revocation Supv Rls– Final Hrg
Date/Time:    March 2, 2026   03:00 PM
Judge:     Robert J. Jonker
Place/Location:  699 Federal Building, Grand Rapids, MI


            ROBERT J. JONKER
            United States District Judge

Dated:  October 27, 2025  By: /s/ Stephanie Carpenter
            Case Manager